David Krieger, Esq.
Nevada Bar No. Haines & Krieger, LLC
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
GINA K. BANKS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GINA K. BANKS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendant. | Case No.: **2:18-cv-01144-GMN-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN GINA K. BANKS AND <u>EQUIFAX INFORMATION SERVICES, LLC</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between GINA K. BANKS ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against EQUIFAX, with Prejudice, within 60 days. Plaintiff requests that all

Page **1** of **2**

pending dates and filing requirements as to EQUIFAX be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to EQUIFAX.

Dated: July 26, 2018

/s/ David Krieger, Esq.
David Krieger, Esq.

Attorneys for Plaintiff
*GINA K. BANKS*

**IT IS ORDERED** that the settling parties shall have until **August 24, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

Dated: July 26, 2018

Peggy A. Leen
U.S. Magistrate Judge